**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PRIVACY INTERNATIONAL,<br><br>          Plaintiff,<br><br>     v.<br><br>NATIONAL SECURITY AGENCY, *et al.*<br><br>          Defendants. | Civil Action No. 17-cv-01324 (APM) |

**JOINT STATUS REPORT**

Defendants National Security Agency ("NSA"), Office of the Director of National Intelligence ("ODNI"), Department of State ("State"), the National Archives and Records Administration ("NARA"), and Plaintiff Privacy International by counsel and pursuant to the Court's September 5, 2017 Minute Order, respectfully submit this Joint Status Report:

<u>**NSA**</u>

NSA and Plaintiff have made progress in clarifying and reformulating some of Plaintiff's FOIA requests to NSA.  To that end, the parties have agreed that the following reformulation of the requests accurately captures Plaintiff's FOIA requests to NSA as the parties currently understand them:

1.  Any records governing, amending, extending or appended to the UKUSA Agreement;

2.  Any records relating to the implementation of the UKUSA Agreement by the United States Government consisting of:

    a. policies, memoranda, legal opinions and directives that contain legal and policy analyses concerning the implementation of the UKUSA by the United States Government, and

    b. conference agendas, minutes, final reports, and recommendations pertaining to planning,

technical, and other relevant conferences from 2012–present, and a representative sample of documents from 1997–2012;

3.  Records governing the exchange of intelligence products under the UKUSA;

4.  Records describing the minimization procedures used with respect to the exchange of intelligence products.

With respect to item 1 (above), NSA has determined that approximately 40 pages of responsive records exist beyond those previously released on nsa.gov.  As soon as intra-agency referral is complete, NSA will begin the process of consulting with the United Kingdom to determine whether our foreign partner, which also has significant equities in the records, approves the release of these documents with appropriate redactions.  Because NSA cannot be certain of how long the United Kingdom will need to make that determination, NSA cannot submit a date certain at which point processing of these records will be complete.  Nevertheless, NSA is committed to producing these records as soon as they have been reviewed by the United Kingdom. NSA will provide an update to the Court on the status of any rolling productions by February 1, 2018.

With respect to items 2, 3, and 4, NSA continues to search historical holdings to identify any potentially responsive records. As with the aforementioned item 1 records, after any intra-agency referral is complete, NSA will need to consult with the United Kingdom to determine whether our foreign partner approves the release of any responsive documents identified. Accordingly, the parties have agreed that NSA will provide an update to the Court on the status of this matter and any rolling productions by December 5, 2017.

**State**

Since the time of the parties' previous Joint Status Report, State's searches for records responsive to Plaintiff's FOIA request have been completed.  State is currently in the process of ingesting into its systems the various documents determined to be potentially responsive. Although State will not know the exact number of responsive records until they have been completely ingested into its systems, State anticipates that there are approximately 10,000 pages of responsive records.  Since the time of the parties' previous Joint Status Report, State has also been working to process the potentially responsive, non-exempt, non-privileged records that have been identified to date.  Accordingly, State anticipates making its first production of non-exempt documents on November 2, 2017.

The remaining potentially responsive records contain classified information and will require extensive interagency consultation with at least NSA and the Department of Defense. State cannot provide a date certain at which point processing of all records will be complete because any responsive records will require inter-agency referral, and then potentially referral to our foreign partners.  Nevertheless, State will endeavor to provide rolling productions as expeditiously as permitted by the aforementioned referral process.  Accordingly, the parties have agreed that State will update the Court with respect to the status of this matter and any completed rolling productions by December 5, 2017.

## NARA

As detailed in the parties' previous Joint Status Report, NARA has identified thousands of potentially responsive documents and anticipates making an initial production on or before March 5, 2018.  Since the time of the parties' previous Joint Status Report, the parties have endeavored to narrow the scope of records slated for production to ensure Plaintiff is interested in all of the records identified as potentially responsive.  To that end, Plaintiff has determined that it is not interested in the approximately 1,000 page file located at NARA's College Park, Maryland

facility.  To further facilitate the narrowing of those records slated for production, NARA provided a list of categories of the identified potentially responsive documents contained within the Presidential and Vice Presidential archival records collections.  Plaintiff indicated that it is not willing to further narrow its request based upon its review of those categories, and therefore NARA will begin processing those records in accordance with the schedule outlined in the parties' previous Joint Status Report.


Dated:  October 5, 2017                              Respectfully submitted,


/s/ (with permission)                CHAD A. READLER
Hannah Bloch-Wehba (Bar ID 1031703)  Acting Assistant Attorney General
Media Freedom and Information Access Clinic
Yale Law School                      ELIZABETH J. SHAPIRO
P.O. Box 208215                      Deputy Director
New Haven, CT 06520-8215
Tel: (203) 436-5824                  /s/ Caroline Anderson
Fax: (203) 432-3034                  CAROLINE J. ANDERSON
hannah.bloch-wehba@yale.edu          Trial Attorney
                                     U.S. Department of Justice
David A. Schulz (Bar ID 459197)      Civil Division, Federal Programs Branch
321 West 44th Street, Suite 1000     20 Massachusetts Ave. NW
New York, NY 10036                   Washington, DC  20530
Tel: (212) 850-6100                  Tel:  (202) 305-8645
Fax: (212) 850-6299                  Fax:  (202) 616-8470
dschulz@lskslaw.com                  E-mail:  Caroline.J.Anderson@usdoj.gov


Counsel for Plaintiff                Counsel for Defendants

Of Counsel:
Scarlet Kim
Caroline Wilson Palow
Privacy International
62 Britton Street
London, EC1M 5UY
United Kingdom
Tel: +44 (0) 20 3422 4321
scarlet@privacyinternational.org
caroline@privacyinternational.org