## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRIVACY INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*<br><br>Defendants. | Civil Action No. 17-cv-01324 (DLF) |

## JOINT STATUS REPORT

Defendants National Security Agency ("NSA"), Office of the Director of National Intelligence ("ODNI"), Department of State ("State"), the National Archives and Records Administration ("NARA"), and Plaintiff Privacy International by counsel and pursuant to the Court's October 6, 2017 Minute Order, respectfully submit this Joint Status Report:

### NSA

NSA has completed the process of intra-agency review with respect to Category 1 of Plaintiff's FOIA request, as it has been defined in the Parties' previous Joint Status Reports, and is currently consulting with its foreign partners regarding proposed redactions to the 40 pages of responsive records previously identified. NSA plans to make a production to Plaintiff containing non-exempt records responsive to Category 1 of Plaintiff's FOIA request on January 12, 2018.

With respect to categories 2a, 3, and 4 (as defined by the Parties in previous Joint Status Reports), NSA has concluded its search for responsive records and begun internal processing of potentially responsive records. After any intra-agency referral and processing is complete, NSA will need to consult with the United Kingdom to determine whether our foreign partner approves the release of any responsive documents identified. Accordingly, the parties have agreed that

NSA will provide an update to the Court on the status of this matter and any rolling productions by January 16, 2018.

With respect to category 2b of Plaintiff's FOIA request (as defined by the Parties in previous Joint Status Reports), NSA has identified an approximately 180-page document from a 2008 conference that is potentially responsive to Plaintiff's request. The Parties have agreed that NSA will process this document and produce any non-exempt material within the document to Plaintiff before resuming its search and production of all other conference materials potentially responsive to category 2b of Plaintiff's FOIA request.

## State

State made its first production of non-exempt records to Plaintiff on November 2, 2017 and made a second production on December 4, 2017. As detailed in the parties' previous Joint Status Reports, many of the remaining potentially responsive records contain classified information and will require extensive interagency consultation with at least NSA and the Department of Defense. State cannot provide a date certain at which point processing of all records will be complete because any responsive records will require inter-agency referral, and then potentially referral to our foreign partners. Nevertheless, State will endeavor to provide rolling productions as expeditiously as permitted by the aforementioned referral process, and anticipates making its next production on January 4, 2018.

## NARA

As detailed in the Parties' previous Joint Status Report, NARA has identified thousands of potentially responsive documents and anticipates making an initial production on or before March 5, 2018.

Dated:  December 5, 2017                               Respectfully submitted,

*/s/* (with permission)                                CHAD A. READLER
Hannah Bloch-Wehba (Bar ID 1031703)                    Principal Deputy Assistant Attorney General
Media Freedom and Information Access Clinic
Yale Law School                                        ELIZABETH J. SHAPIRO
P.O. Box 208215                                        Deputy Director
New Haven, CT 06520-8215
Tel: (203) 436-5824                                    */s/ Caroline Anderson*
Fax: (203) 432-3034                                    CAROLINE J. ANDERSON
hannah.bloch-wehba@yale.edu                            Trial Attorney
                                                       U.S. Department of Justice
David A. Schulz (Bar ID 459197)                        Civil Division, Federal Programs Branch
321 West 44th Street, Suite 1000                       20 Massachusetts Ave. NW
New York, NY 10036                                     Washington, DC  20530
Tel: (212) 850-6100                                    Tel:  (202) 305-8645
Fax: (212) 850-6299                                    Fax:  (202) 616-8470
dschulz@lskslaw.com                                    E-mail:  Caroline.J.Anderson@usdoj.gov

*Counsel for Plaintiff*                                *Counsel for Defendants*

*Of Counsel*:
Scarlet Kim
Caroline Wilson Palow
Privacy International
62 Britton Street
London, EC1M 5UY
United Kingdom
Tel: +44 (0) 20 3422 4321
scarlet@privacyinternational.org
caroline@privacyinternational.org