**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PRIVACY INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*<br><br>Defendants. | Civil Action No. 17-cv-01324 (DLF) |

**JOINT STATUS REPORT**

On February 5, 2018, this Court entered a Minute Order requiring the parties to submit a Joint Status Report addressing the productions by Defendants National Security Agency ("NSA") and the Department of State ("State"). Pursuant to that order, Defendants and Plaintiff Privacy International by counsel respectfully submit this Joint Status Report:

**NSA**

With respect to the remaining four documents in Category 1 of Plaintiff's FOIA request (as defined by the Parties in their previous Joint Status Report, ECF No. 12, at 1-2), NSA continues to consult with its foreign partners to ensure that no sensitive foreign equities are released. One foreign partner has responded. Upon completion of the review by its foreign partners, NSA will produce any non-exempt portions of these records.

With respect to categories 2a, 3, and 4 (as defined by the Parties in ECF No. 12), NSA continues processing the approximately 80 documents identified as responsive. Upon completion of internal review and coordination, the documents will be sent to NSA's foreign partners for their equity review. Upon completion of the review by its foreign partners, NSA will produce any non-exempt portions of these documents.

With respect to category 2b of Plaintiff's FOIA request (as defined by the Parties in ECF No. 12), as previously explained, NSA has identified an approximately 180-page document from a 2008 conference that is potentially responsive to Plaintiff's request. *See* ECF Doc. 13 at 2. The Parties have agreed that NSA will process this document and produce any non-exempt material within the document to Plaintiff before resuming its search and production of all other conference materials potentially responsive to category 2b of Plaintiff's FOIA request. Id. The FOIA case officer has completed initial redactions on this document. Further internal coordination on NSA's proposed redactions may be required depending on foreign partner responses to the aforementioned four remaining documents in Category 1. After any further internal coordination, NSA will send the document to its foreign partners for their equity review.

Accordingly, the parties have agreed that NSA will provide an update to the Court on this matter and any rolling productions by April 6, 2018.

### **State**

State made its fourth production of non-exempt records to Plaintiff on February 15, 2018. In its response, State produced three records in full. In addition, as explained in its response, State referred one document to the Department of Defense for a direct reply. As detailed in the parties' previous Joint Status Reports, many of the remaining potentially responsive records contain classified information and will require extensive interagency consultation with at least NSA and the Department of Defense. State estimates that there are approximately 30 documents remaining to be processed. However, State cannot provide a date certain at which point processing of all records will be complete because the remaining responsive records require inter-agency consultation, and potential subsequent consultation with our foreign partners. Nevertheless, State will endeavor to provide rolling productions as expeditiously as permitted by the aforementioned referral process, and anticipates making its next production on or around March 15, 2018.

2

Accordingly, the parties have agreed that State will provide an update to the Court on this matter and any rolling productions by April 6, 2018.

Dated: March 2, 2018

Respectfully submitted,

*/s/* (with permission)
Hannah Bloch-Wehba (Bar ID 1031703)
Media Freedom and Information Access Clinic
Yale Law School
P.O. Box 208215
New Haven, CT 06520-8215
Tel: (203) 436-5824
Fax: (203) 432-3034
hannah.bloch-wehba@yale.edu

David A. Schulz (Bar ID 459197)
321 West 44th Street, Suite 1000
New York, NY 10036
Tel: (212) 850-6100
Fax: (212) 850-6299
dschulz@lskslaw.com

*Counsel for Plaintiff*

*Of Counsel*:
Scarlet Kim
Caroline Wilson Palow
Privacy International
62 Britton Street
London, EC1M 5UY
United Kingdom
Tel: +44 (0) 20 3422 4321
scarlet@privacyinternational.org
caroline@privacyinternational.org

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Marcia K. Sowles*
MARCIA K. SOWLES (DC Bar 369455)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Rm. 7114
Washington, DC  20530
Tel:  (202) 514-4960
Fax:  (202) 616-8470
E-mail:  marcia.sowles@usdoj.gov

*Counsel for Defendants*